STATE OF WISCONSIN          WESTERN DISTRICT     11 C 0935LC

Gable D. Hall
    petitioner
   v.                                    complaint 2010-25075
Dept. of corr.
    defendant.

---

Motion-for federal mail tampering
conspiracy to obstruct justice.

---

Motion for fed. mail tampering conspiracy to obstruct justivce is presented by Mr. Gable D. Hall 065942, address= Columbia corr. inst. p.o. box 900, portage, wi. 53901-0900.

1). DOC show deliberate indifference when it dismiss complaint on grounds that the complaint number isn't valid and that petitioner allegedly did not provide documentation that prove he mailed from New Lisbon corr.inst.seg-unit legal government documents back to gov.Doyle nov-15th 2010 that would have more likely then not (pardon) petitioner, releasing him from prison.

2). On nov-6th 2010 gov.pardon committee received plain evidence that show petitioner was wrongfully convicted for a crime the key witness herself twice confess his actual innocence at trial. On nov-11th 2010 gov.pardon committee instruct petitioner to quickly fill out pardon form and return with additional facts, whereas petitioner complied with the pardon committee instructions nov-15th 2010.

3). Statements from several nlci seg-unit officials verify petitioner indeed mailed the missing gov.documents from seg-unit nov-15th 2010 in route to nlci business office for legal loan postage. Officer Klemp stated he place the manila envelope contanting gov.documents into mail bag nov-15th 2010 and lock the bag. From that point on the documents were out of petitioner hands and never seen again. The envelope addressed to gov.Doyle pardon committee did not reach nlci business office for legal loan postage due to it was removed from mail bag by some one on the seg-unit.

4). Motive for DOC mail tampering conspiracy to obstruct justice, is the fact that nlci seg-unit staff was aware that gov.Doyle in good faith had already granted #148 pardons during his first seven yrs in office, compared to gov. Doyle granting #178 pardons during his last year in office 2010, therefore making petitioner a likely canadate for a gov.pardon with plain evidence proing his actual innocence:

Suspects: Officer Raymer, sgt.Hoil, who refused co.Sandbarry to staple gov.documents to be mailed nov-14th 2010 so to easily remove the pardon form from the manila envelope:

Dated this ___ day of JAN 2011.

_Gay Hall_
Mr. Gable D. Hall #065942.