IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABLE D. HALL,

    Plaintiff,

v.

C.O. KLEMP,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-93-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant C.O. Klemp granting his motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____      7/6/2012
Peter Oppeneer, Clerk of Court           Date